# EXHIBIT 1

CAUSE NUMBER: 4:25-CV-04746

SOUTHSTATE BANK, N.A.
PLAINTIFF

VS.

**IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS**

FERCAN E. KALKAN
DEFENDANT

### SWORN DECLARATION IN SUPPORT OF MOTION FOR ALTERNATE SERVICE

My name is **IGNACIO CORTEZ-ACOSTA**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case.  I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Friday October 17, 2025 AT 10:50 AM** - , **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44** came to hand for service upon **FERCAN E. KALKAN**.

On **Saturday October 18, 2025** at **08:43 AM** - I attempted service at **143 MANOR LAKE ESTATES DRIVE**, **SPRING**, **TX 77379**, **U.S.A.**  The subject's name was not found on the callbox. I follwed a car in. I could hear people inside the residence, but no one would come to the front door. I couldn't see them as they stayed out of view. I called out the subject's name several times but there was no response. There were two vehicles visible with license plates HXY2265 registered to ELIF NUR KALKAN, and JPK3093 registered to FATMA ALEV KALKAN. I psoke with the neighbor at 139 Manor Lake Estates Drive, who confirmed that Fercan E. Kalkan does reside at the listed address.

On **Monday October 20, 2025** at **07:10 AM** - I attempted service at **143 MANOR LAKE ESTATES DRIVE**, **SPRING**, **TX 77379**, **U.S.A.**  The same two vehicles were present. I spoke with a Middle Eastern or Turkish female, in her 60s maybe 70s, wearing a Muslim headgear, who stated that the subject was not home. She refused to take the delivery notice.

On **Wednesday October 22, 2025** at **07:49 PM** - I attempted service at **143 MANOR LAKE ESTATES DRIVE**, **SPRING**, **TX 77379**, **U.S.A.**  I spoke with a college age female, early 20s, who stated that the subject was not home. She confirmed the phone number I had for the subject: 979-324-9911. I contact the provided number but there was no answer. I left a voicemail. I left a delivery notice with the young lady. The same vehicle with license plate HXY2265 was present.

On **Friday October 24, 2025** at **08:51 PM** - I attempted service at **143 MANOR LAKE ESTATES DRIVE**, **SPRING**, **TX 77379**, **U.S.A.**  Property is inside a gated Community and I was unable to gain entry. I phoned (979)324-9911 but there was no answer so I left a detailed message.

On **Monday October 27, 2025** at **06:15 PM** - I attempted service at **143 MANOR LAKE ESTATES DRIVE**, **SPRING**, **TX 77379**, **U.S.A.**  There was no answer at the door.  I left a delivery notice attached to the front entrance.  There were no vehicles visible.  I called the phone number 979-324-9911 but could not get through.

On **Thursday October 30, 2025** at **05:26 PM** - I attempted service at **143 MANOR LAKE ESTATES**

**DRIVE**, **SPRING**, **TX 77379**, **U.S.A.**  There was no answer at the door and no vehicles visible. The previous delivery notice has been removed. I left a delivery notice attached to the front entrance.

It is my belief that **FERCAN E. KALKAN**, would receive effective notice of this suit by leaving a copy of the ,**SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, CIVIL COVER SHEET, INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44** with anyone over the age of sixteen or securely attaching them to the front door/front gate, or mailed by certified mail, return receipt requested and/or by regular mail, pursuant to Rule 106 TRCP at place of abode, **143 MANOR LAKE ESTATES DRIVE, SPRING, TX 77379 U.S.A.**

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                              DECLARATION

"My name is **IGNACIO CORTEZ-ACOSTA,** I am over the age of Eighteen,  my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Monday November 03, 2025**

**PSC#22619 EXP. 07/31/27**
Declarant; Appointed in accordance with State Statutes.

2025.10.1088067