United States District Court
Southern District of Texas
**ENTERED**
November 14, 2025
Nathan Ochsner, Clerk

N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SOUTHSTATE BANK, N.A., | § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No.: 4:25-CV-04746 |
| FERCAN E. KALKAN | § § § | |
| *Defendant.* | § | |

### Order Granting Plaintiff's Motion for Substituted Service

The Court, after considering Plaintiff's Motion for Substituted Service and supporting affidavit, finds that Plaintiff's unsuccessful attempts to serve Defendant Fercan E. Kalkan constitute due diligence. The Court further finds that the substituted service requested in Plaintiff's Motion will be reasonably effective to give Defendant Kalkan notice of the suit. It is hereby

**ORDERED** that Plaintiff's Motion for Substituted Service on Defendant Kalkan is **GRANTED**. It is further

**ORDERED** that substituted service on Defendant Kalkan by email directed to kalkan1@gmail.com, as that is his personal email address, is **AUTHORIZED** and **REQUIRED**. Additionally, it is **ORDERED** that substituted service on Defendant Kalkan by affixing all documents to be served to the front door at 143 Manor Lake Estates Dr., Spring, Texas 77379, because this is his place of residence, is **AUTHORIZED** and **REQUIRED**. Plaintiff shall execute substituted service through both means.

**SIGNED** at Houston, Texas, on this the 12th day of November, 2025.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

1