### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

**SOUTHSTATE BANK, N.A.**
**PLAINTIFF**

**VS.**                                                    **CIVIL ACTION NO: 4:25-CV-04746**

**FERCAN E. KALKAN**
**DEFENDANT**

### RETURN OF SERVICE

My name is **GERARDO ATILANO**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY,  TX 77009, U.S.A.

ON **Monday November 17, 2025 AT 04:43 PM** - **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, NOTICE OF CONSENT TO JURISDICTION OF MAGISTRATE JUDGE, AND ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE** came to hand for service upon **FERCAN E. KALKAN**.

On **Wednesday November 19, 2025** at **10:30 AM** - The above named documents were delivered to: **FERCAN E. KALKAN @ 143 MANOR LAKE ESTATES DRIVE**, **SPRING**, **TX 77379, U.S.A.** by **securely attaching the documents to the front entry**.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                          DECLARATION

"My name is **GERARDO ATILANO,** I am over the age of Eighteen, my business address is **1320 QUITMAN STREET, HOUSTON, TX  77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Monday November 24, 2025**

*[signature: Gerardo Atilano]*

**PSC#9589 EXP. 10/31/26**
Declarant; Appointed in accordance with State Statutes.

2025.11.1099812

efile@courtrecords.com

CAUSE NUMBER: 4:25-CV-04746

**SOUTHSTATE BANK, N.A.**
**PLAINTIFF**

**VS.**

**FERCAN E. KALKAN**
**DEFENDANT**

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS

**RETURN OF SERVICE**

My name is **GORDON W. HANNA**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: 1320 QUITMAN ST. STE 100, HOUSTON, HARRIS COUNTY, TX 77009, U.S.A.

ON **Monday November 17, 2025 AT 04:43 PM** - , **SUMMONS IN A CIVIL ACTION, PLAINTIFF'S ORIGINAL COMPLAINT, ORDER FOR CONFERENCE AND DISCLOSURE OF INTERESTED PARTIES, NOTICE OF CONSENT TO JURISDICTION OF MAGISTRATE JUDGE, AND ORDER GRANTING PLAINTIFF'S MOTION FOR SUBSTITUTED SERVICE** came to hand for service upon **FERCAN E. KALKAN**.

On Tuesday November 18, 2025 at 08:34 AM - The above named documents were sent via Email to: FERCAN E. KALKAN @ KALKAN1@GMAIL.COM, per the Order Granting Plaintiff's Motion For Substituted Service.

On **Tuesday November 18, 2025** at **08:34 AM** - The following message was received: Delivery to these recipients or groups is complete, but no delivery notification was sent by the destination server: kalkan1@gmail.com (kalkan1@gmail.com) Subject: 4:25-cv-04746 Southstate Bank, N.A. vs Fercan E. Kalkan

On **Monday November 24, 2025** at **08:26 AM** - As of this date, no other response to any form of electronic notification has been received.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                             DECLARATION

"My name is **GORDON W. HANNA,** I am over the age of Eighteen, my business address is **1320 QUITMAN STREET, HOUSTON, TX 77009,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Monday November 24, 2025**

_/s/ Gordon W. Hanna_

**PSC#569 EXP. 01/31/27**
Declarant; Appointed in accordance with State Statutes.

2025.11.1099830

efile@courtrecords.com