# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **SOUTHSTATE BANK, N.A.,** | § § § | |
| *Plaintiff*, | § § | |
| V. | § § | Civil Action No: 4:25-CV-04746 |
| **FERCAN E. KALKAN** | § § § | |
| *Defendant.* | § | |

### Declaration of Kristen W. Kelly

1. My name is Kristen W. Kelly. I am fully competent and authorized in all respects to make this Declaration. Each statement of fact contained in this Declaration is within my personal knowledge and is true and correct.

2. I am an attorney at Gray Reed in Houston, Texas. I am licensed to practice law in the State of Texas and in the United States District Court for the Southern of Texas.

3. I represent SouthState Bank, N.A. (SouthState) in the above-referenced civil action.

4. I am making this Declaration in support of the Request for Entry of Default filed by SouthState in the above referenced lawsuit.

5. As of the date of this Declaration, (i) Defendant Fercan E. Kalkan (Kalkan) has not filed an answer in, or otherwise responded to, the instant suit, and (ii) I have not been contacted by Kalkan, or any attorney purporting to represent him, about this lawsuit.

6. To the best of my knowledge and belief, Kalkan is neither a minor nor an incompetent person. He is also not a member of the armed services

1

7.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2025.

*/s/ Kristen W. Kelly*
Kristen W. Kelly
