Case 4:25-cv-04746   Document 10   Filed 01/09/26 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
January 12, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SOUTHSTATE BANK, N.A.** § § § § | |
| *Plaintiff*, § § | |
| v. § | CIVIL ACTION NO. 4:25-cv-4746 |
| **FERCAN E. KALKAN,** § § § | |
| *Defendants*. § | |

## ENTRY OF DEFAULT

Plaintiff SouthState Bank, N.A., requests that the Clerk of the Court enter a default under Rule 55(a) of the Federal Rules of Civil Procedure against Defendant True Nutrition Holdings, LLC. ECF 9. From the record and the Court's file in this action, Defendant has failed to appear, plead, or otherwise defend this action.

Thus, pursuant to Fed. R. Civ. P. 55(a), default is entered against Defendant.

Dated on this the 9th day of January, 2026.

UNITED STATES DISTRICT CLERK
SOUTHERN DISTRICT OF TEXAS

By: _____
Deputy Clerk

1