# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SOUTHSTATE BANK, N.A.,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | **Civil Action No: 4:25-CV-04746** |
| | § | |
| **FERCAN E. KALKAN** | § | |
| | § | |
| *Defendant.* | § | |

## <u>Declaration of Justin R. Cowan</u>

1.      My name is Justin R. Cowan.  I am fully competent and authorized in all respects to make this Declaration.  Each statement of fact contained in this Declaration is within my personal knowledge and is true and correct.

2.      I am an attorney at Gray Reed in Houston, Texas.  I am licensed to practice law in the State of Texas and in the United States District Court for the Southern District of Texas.

3.      I represent SouthState Bank, N.A. (SouthState) in the above-referenced civil action.

4.      I am making this Declaration in support of SouthState's Motion for Substituted Service of its Motion for Final Default Judgment filed in the above-referenced lawsuit.

5.      Pursuant to Local Rule 5.5, SouthState has attempted to serve Fercan E. Kalkan via certified mail, return receipt requested, on several occasions.  Specifically, SouthState sent a copy of the Motion for Final Default Judgment to Kalkan on March 27, 2026. (CMRRR # 9589071052701291449865).  Delivery was attempted on March 30, 2026, and April 10, 2026. SouthState sent another copy of the motion to Kalkan on April 28, 2026, via Certified Mail (CMRRR # 9589071052701291449902) and regular mail.  Delivery was attempted on May 4, 2026.  According to the United States Postal Service's tracking system, no authorized recipient

was present to sign a return receipt during any of the delivery attempts.

6.    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 29, 2026.

/s/ Justin R. Cowan
Justin R. Cowan

2