| | |
|---|---|
| SOUTHSTATE BANK, N.A.<br>PLAINTIFF | IN THE UNITED STATES DISTRICT COURT |
| VS. | FOR THE SOUTHERN DISTRICT OF TEXAS |
| FERCAN E. KALKAN<br>DEFENDANT | HOUSTON DIVISION |

## SWORN DECLARATION OF SERVICE

My name is **Gerardo Atilano**. I am over the age of eighteen (18), I am not a party to this case and, as a disinterested person, I have no interest in the outcome of this case. I am in all ways competent to make this affidavit and this affidavit is based on personal knowledge. The facts stated herein are true and correct. My business address is: **1320 QUITMAN ST., HOUSTON, TX. 77009, U.S.A.**

ON **Friday, June 5, 2026** AT **12:20 PM - Order Granting Plaintiff's Motion for Substituted Service of its Motion for Final Default Judgment and Motion For Entry of Final Default Judgement** came to hand for service upon **Fercan E. Kalkan**.

On Monday June 08, 2026 at 12:00 PM - The above named documents were delivered to: Fercan E. Kalkan @ 143 Manor Lake Estates Dr, Spring, TX 77379, by securely attaching the documents to the front entry per Order Granting Plaintiff's Motion for Substituted Service of its Motion for Final Default Judgment.

**FURTHER AFFIANT SAYETH NOT.**

STATE OF TEXAS                                        DECLARATION

"My name is **Gerardo Atilano,** I am over the age of Eighteen, my business address is: **1320 QUITMAN ST., HOUSTON, TX. 77009, U.S.A.,** and I declare under penalty of perjury that this affidavit is true and correct."

Executed in **Harris County, State of Texas on Tuesday, June 9, 2026**

_(signature)_

**Gerardo Atilano**
**PSC# 9589**
**EXP. 10/31/2026.**
Declarant; Appointed in accordance with State Statutes.