United States District Court
Southern District of Texas

**ENTERED**

June 30, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SOUTHSTATE BANK, N.A.,** | § | |
| | § | |
| *Plaintiff,* | § | |
| VS. | § | **CIVIL ACTION NO. 4:25-cv-4746** |
| | § | |
| **FERCAN E. KALKAN,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER

Before the Court is Defendant's Motion to Set Aside Clerk's Entry of Default (ECF No. 18) and Plaintiff's Motion for Entry of Final Default Judgment (ECF No. 11). Federal courts look unfavorably upon default judgments. Accordingly, Defendant's Motion to Set Aside Clerk's Entry of Default is **GRANTED** and Plaintiff's Motion for Entry of Final Default Judgment is **DENIED.** Defendant is **ORDERED** to comply with all Court deadlines moving forward.

Defendant must serve an answer or otherwise respond to Plaintiff's Original Complaint by July 22, 2026.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 30th day of June, 2026.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE